■ CLARE AMIANO, Respondent, v GREENWICH VILLAGE FISH COMPANY, INC., et al., Appellants, et al., Defendants. [53 NYS3d 531]—

Order, Supreme Court, New York County (Manuel J. Mendez, J.), entered September 12, 2016, which, insofar as appealed from, denied defendants' motion for summary judgment insofar as it sought dismissal of the negligence cause of action against defendants-appellants, unanimously reversed, on the law, without costs, and the motion granted. The Clerk is directed to enter judgment dismissing the complaint.

Plaintiff seeks damages for injuries sustained when she choked on a fish bone while eating a fillet of flounder at defendants-appellants' restaurant. Plaintiff's negligence claim should have been dismissed pursuant to the "reasonable expectation" doctrine, as the nearly one-inch bone on which plaintiff choked was not a "harmful substance[ ]" that a consumer "would not ordinarily anticipate" (*Vitiello v Captain Bill's Rest.*, 191 AD2d 429, 429 [2d Dept 1993]; *see also Mathews v Maysville Seafoods, Inc.*, 76 Ohio App 3d 624, 627, 602 NE2d 764, 765-766 [Ct App 1991]; *Ex parte Morrison's Cafeteria of Montgomery, Inc.*, 431 So 2d 975, 979 [Ala Sup Ct 1983]). Concur—Tom, J.P., Sweeny, Andrias, Moskowitz and Manzanet-Daniels, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KELVIN SILVERIO, Appellant. [53 NYS3d 532]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (Troy K. Webber, J.), rendered February 19, 2016, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Tom, J.P., Sweeny, Andrias, Moskowitz and Manzanet-Daniels, JJ.